[No. 9158–9–III.   Division Three.   March 21, 1989.]

GORDON J. PHIL, *Appellant*, v. SPORTHAUS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 86–2–00132–7, Walter A. Stauffacher, J., entered January 29, 1988. *Reversed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Shields, J.

[Nos. 9191–1–III; 9192–9–III.   Division Three.   March 21, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. LOLO GARCIA RODRIGUES, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. EUDORO VALENCIA, *Appellant*.

Appeals from judgments of the Superior Court for Yakima County, Nos. 87–1–01604–3, 87–1–01603–5, Walter A. Stauffacher, J., entered March 4, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Munson, J.

[No. 10905–1–II.   Division Two.   March 22, 1989.]

SHERYL J. DILLON, *Individually and as Guardian, Appellant*, v. NOEL DiCARLO, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–02067–1, Leonard W. Kruse, J., entered March 2, 1987. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Reed and Worswick, JJ.